IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:21-cr-00087-JAM |
|---|---|---|
| Plaintiff, | ) | **O R D E R APPOINTING CJA COUNSEL AFTER FEDERAL DEFENDER IS WITHDRAWN** |
| vs. | ) | |
| KEVIN WISE, | ) | |
| Defendant. | ) | |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED that the Federal Defender is relieved as counsel, and that Timothy Zindel is appointed as CJA counsel effective October 1, 2021.

Dated: October 4, 2021        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE