PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LESTER WISE,<br><br>Defendant. | CASE NO. 2:21-CR-87 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 18, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 18, 2022.

2. By this stipulation, defendant now moves to continue the status conference until November 1, 2022, at 9:00 a.m., and to exclude time between October 18, 2022, and November 1, 2022, under Local Code T4.

3. Additionally, the parties anticipate this matter may resolve by a change of plea on November 1, 2022. Accordingly, the parties respectfully request that this Court calendar the November 1, 2022 hearing as a status conference and potential change of plea.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes over eight gigabytes of evidence in electronic form, including forensic device extractions, reports of investigation and related documents, audio recordings, and criminal history documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for defendant desires additional time to consult with his client, review the discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to November 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 14, 2022					PHILLIP A. TALBERT
								United States Attorney


								/s/ ADRIAN T. KINSELLA
								ADRIAN T. KINSELLA
								Assistant United States Attorney


Dated:  October 14, 2022					/s/ TIMOTHY ZINDEL
								TIMOTHY ZINDEL
								Counsel for Defendant
								KEVIN LESTER WISE


## ORDER

IT IS SO FOUND AND ORDERED this 14th day of October, 2022.  This matter shall be calendared on November 1, 2022, at 9:00 a.m., as a status and potential change of plea hearing.

								/s/ John A. Mendez
								THE HONORABLE JOHN A. MENDEZ
								SENIOR UNITED STATES DISTRICT JUDGE